UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

CHRISTOPHER R. FUCHS A/K/A
CHRISTOPHE FUCHS,
ON BEHALF OF HIMSELF AND
ALL OTHERS SIMILIARLY SITUATED,

                Plaintiff,

v.

NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2006-1,
THE NATIONAL COLLEGIATE FUNDING LLC,
TRANSWORLD SYSTEMS, INC.,
EGS FINANCIAL CARE, INC.
F/K/A NCO FINANCIAL SYSTEMS, INC.,
TURNSTILE CAPITAL MANAGEMENT, LLC,
FORSTER & GARBUS, LLP,
MARK A. GARBUS, RONALD FORSTER,
AND JOHN DOE 1-10 BEING THE
SERVICER(S) OF THE LOANS,

                Defendants.

Civil Action, File No.
2:17-cv-00304-JS-ARL

ORDER

**STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against all Defendant.

/s/ Mitchell L. Pashkin, Esq.
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 335-1107

Sessions, Fishman, Nathan & Israel
By: /s/Aaron R. Easley, Esq.
Attorneys For Defendant
3 Cross Creek Drive
Flemington, NJ 08822-4938
908.237.1660

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Nov. 27, 2017
Central Islip, NY

The Clerk of the Court is directed to mark the case CLOSED. The Clerk is further directed to TERMINATE all pending motions.